UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| FALCON AVIATION ACADEMY, LLC, | * | CASE NO.  20-11240-WHD |
| | * | |
| DEBTOR. | * | |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND RESCHEDULED MEETING OF CREDITORS

Theo Davis Mann having rejected the appointment as interim trustee, the United States Trustee gives notice that, pursuant to 11 U.S.C. § 701, **Griffin E. Howell, III,** is appointed as interim trustee in this case and is designated to preside over the meeting of creditors.  The trustee shall serve under the blanket bond heretofore approved.  Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim trustee and the date, time, and location of the rescheduled meeting of creditors are as follows:

| **Griffin E. Howell, III**<br>P.O. Box 2271<br>Griffin, GA 30224<br>E-mail: newhow@bellsouth.net<br>Phone: (770) 227-4015 | **October 28, 2020, at 9:00 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-782-1103**.<br>When prompted, enter participant code: **7840089#.** |
|---|---|

Notice given by:     NANCY J. GARGULA
                     UNITED STATES TRUSTEE, REGION 21

                     *s/ Jeneane Treace*
                     R. Jeneane Treace
                     Georgia Bar No. 716620
                     United States Department of Justice
                     Office of the United States Trustee
                     362 Richard B. Russell Federal Building
                     75 Ted Turner Drive, S.W.
                     Atlanta, Georgia  30303
                     (404) 331-4437
                     *jeneane.treace@usdoj.gov*