UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| FALCON AVIATION ACADEMY, LLC, | ) | CASE NO. 20-11240-whd |
| Debtor. | ) | |

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS**

COMES NOW, GRIFFIN E. HOWELL, III, duly qualified and acting as Trustee in the above referenced matter, and shows the Court as follows:

1. That he is the duly appointed, qualified and acting Trustee in this case.

2. To perform his duties as Trustee, he requires the services of an attorney to serve as general counsel to perform duties including the following: to recover assets/property of the estate, represent the Trustee in adversarial proceedings, and specifically, to file application(s) for professional fees, to obtain approval of sale or compromise of claim, and review and object to proof of claims.

3. Applicant proposes to employ Griffin E. Howell, III, and the firm Griffin E. Howell, III & Associates, Ltd., which firm is comprised of attorneys duly qualified and acting members of the bar of this Court. Applicant has selected this firm for the reason that said firm has had considerable experience in matters of this character and is well qualified to represent him.

4. To the best of applicant's knowledge, said firm and its members are disinterested as that term is defined in 11 U.S.C. §101 and do not represent or hold any interest adverse to the interest of the estate with respect to matters on which it is to be employed as it appears from the Declaration of Griffin E. Howell, III attached hereto.

5. To the best of applicant's knowledge, said firm does not have a pre-petition claim or other claim against the estate, does not have any connections with the debtor(s), creditors or

other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee with the exception to the connections which are specifically disclosed in the Declaration of Griffin E. Howell, III attached hereto.

6.  Said employment is to be at the normal billing rates of said firm in the amount of $305.00 per hour for Griffin E. Howell, III, which is subject to periodic adjustments to reflect economic and other conditions, subject to final approval of the Court. Applicant prays that said law firm be authorized to act as attorney for the Trustee in this matter, and to present such petitions and motions as may be necessary on behalf of the Trustee.

WHEREFORE, Applicant prays that he be authorized to employ GRIFFIN E. HOWELL, III, and the law firm GRIFFIN E. HOWELL, III & ASSOCIATES, LTD., as his attorneys to represent him in connection with this case as set forth herein.

Respectfully submitted,

*/s/ Griffin E. Howell, III*
Griffin E. Howell, III
GA Bar No. 372225
Chapter 7 Trustee

127 ½ E. Solomon Street
P.O. Box 2271
Griffin, GA  30224-2271
Ph: (770) 227-4015
Fax: (770) 227-0112
newhow@bellsouth.net

-2-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| FALCON AVIATION ACADEMY, LLC, | ) | CASE NO. 20-11240-whd |
| Debtor. | ) | |

### DECLARATION OF GRIFFIN E. HOWELL, III

I, GRIFFIN E. HOWELL, III, declare:

1.

I am an attorney duly admitted to practice before all Courts of the State of Georgia, as well as this Court.

2.

It is my law firm that the Trustee is seeking to employ by the Application to which this Declaration is attached.

3.

I have extensive experience in bankruptcy, insolvency corporate reorganization, and Debtor/Creditor law. I am well qualified to represent the Trustee specifically herein, and am willing to accept employment on the basis set forth in the annexed petition.

4.

I do not hold any interest adverse to the above-entitled estate, and I am a disinterested person as defined by 11 U.S.C. §101.

5.

I do not have a pre-petition or other claim against the estate.

6.

I do not have any non-disclosed connection with the Debtor(s) or the Debtor(s)' attorney. I have not in the past, and I do not plan in the future, to represent any related debtors or

principals.

7.

I do not have any connection with any creditors or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except as follows: I have a limited connection with the United States Trustee as I am a panel Chapter 7 Trustee.

8.

I have not received a retainer from the Debtor(s), the estate, a principal of the Debtor(s), or a third party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of October 2020.

_____
Griffin E. Howell, III
GA Bar No.: 372225

Sworn to and subscribed before me
this 13 day of October, 2020.

_____
Notary Public, Spalding County, GA.
My Commission expires: 1/17/2022



-4-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| FALCON AVIATION ACADEMY, LLC, | ) | CASE NO. 20-11240-whd |
| Debtor. | ) | |

### ORDER ON APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS

Upon the annexed petition [Docket No.   ] of Griffin E. Howell, III, Trustee in the above-styled matter, praying for authority to employ Griffin E. Howell, III, and the law firm Griffin E. Howell, III & Associates, Ltd., as attorneys for the Trustee to serve as general counsel to perform duties including the following:  to recover assets/property of the estate, represent the Trustee in adversarial proceedings, and specifically, to file application(s) for professional fees, to obtain approval of sale or compromise of claim, and review and object to proof of claims; and it appearing that no notice of hearing on said petition should be given, and no adverse interest having been presented, and it further appearing that Griffin E. Howell, III, and the law firm Griffin E. Howell, III & Associates, Ltd., are attorneys duly admitted to practice in this Court, and the Court being satisfied that said firm represents no interest adverse to said estate in the

matters upon which it is to be engaged, and that employment of counsel is necessary and would be in the best interest of the estate, it is

**ORDERED** that Griffin E. Howell, III, and the law firm Griffin E. Howell, III & Associates, Ltd., are hereby authorized to act as attorneys in the above-styled matter.

A copy of the Application and Order having been served upon the United States Trustee, this Order is entered subject to the objection of the United States Trustee, which objection must be filed within twenty (20) days of the entry of this Order.

**END OF DOCUMENT**

Prepared and presented by:

*/s/ Griffin E. Howell, III*
Griffin E. Howell, III
GA Bar No. 372225
Chapter 7 Trustee
127 ½ E. Solomon Street
P.O. Box 2271
Griffin, GA   30224
Ph:  (770) 227-4015
Fax: (770) 227-0112
newhow@bellsouth.net

**DISTRIBUTION LIST**

**United States Trustee**
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA   30303

**Chapter 7 Trustee**
Griffin E. Howell, III
Chapter 7 Trustee
P.O. Box 2271
Griffin, GA   30224

**Debtor's Attorney**
Matthew W. Levin
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | CASE NO. 20-11240-whd |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this day electronically filed the foregoing ***Application for Order Authorizing Trustee to Employ Attorneys*** and ***Proposed Order*** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Matthew W. Levin
*mlevin@swlawfirm.com*

I further certify that on this day I caused a copy of this document to be served via United States first class mail with adequate postage thereon to insure delivery on the following parties:

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA   30303

      This 13 day of October 2020.

                                                                              Respectfully submitted,

                                                                             */s/ Griffin E. Howell, III*
                                                                             Griffin E. Howell, III
                                                                             GA Bar No. 372225
                                                                             Chapter 7 Trustee

127 ½ E. Solomon Street
P.O. Box 2271
Griffin, GA   30224-2271
Ph: (770) 227-4015
Fax: (770) 227-0112
newhow@bellsouth.net