### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | Case No. 20-11240-WHD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION MAINTENANCE, | ) | |
| LLC, | ) | Case No. 20-11241-WHD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE**  that Griffin E. Howell, III, Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Falcon Aviation Academy, LLC and Falcon Aviation Maintenance, LLC (collectively, "Debtors"), has filed a Motion to Limit Notices (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in the 2nd Floor Courtroom, Lewis R. Morgan Federal Building, 18 Greenville, Street, Newnan, Georgia, at 10:10 A.M. on the 13th day of  January, 2021

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you filed a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 18 Greenville Street, Newnan, Georgia 30263. You must also mail a copy of your response to the undersigned at the addresses stated below.

Given the current public health crisis, hearing may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

[SIGNATURE ON FOLLOWING PAGE]

1

Dated: December 7, 2020.

**MORRIS, MANNING & MARTIN, LLP**

By:  ___*/s/ Lisa Wolgast*___
Lisa Wolgast, Ga. Bar No. 773399
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E.
Suite 1600
Atlanta, Georgia 30326
(404) 233-7000
*Proposed Counsel to the chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | Case No. 20-11240-WHD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION MAINTENANCE, | ) | |
| LLC, | ) | Case No. 20-11241-WHD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## CHAPTER 7 TRUSTEE'S MOTION TO LIMIT NOTICE AND
## MODIFY SERVICE PROCEDURES

COMES NOW, Griffin E. Howell, III ("Trustee"), chapter 7 trustee for the estates of Falcon Aviation Academy, LLC ("FAA") and Falcon Aviation Maintenance, LLC ("FAM", collectively, "Debtors"), pursuant to Sections 102(1) and 105(a) of the Bankruptcy Code, and Rule 2002 and 9007 of the Federal Rules of Bankruptcy Procedure 2002 and 9007, and seeks entry of an order limiting notice to certain creditors and party in interest, showing the Court as follows:

### BACKGROUND

1.      On September 3, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code.

2.      Griffin E. Howell, III was appointed as chapter 7 trustee of Debtors' cases.

3.      A motion to jointly administer Debtors' cases is being filed contemporaneously herewith.

4.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

5.      Through this Motion, Trustee seeks the entry of an order, to be served on the entire list of creditors, limiting notices and service of all future motions, applications, pleadings, orders and papers that may be filed in Debtors' cases to include (a) parties that receive notice via the Court's electronic noticing system, (b) parties directly affected by the relief sought in the pleadings, (c) any parties as the Court may order from time to time, and (d) parties in interest that would like to receive notice in this case that provide an email address to the undersigned (collectively, the "Service Parties").

6.      Specifically, the Trustee is in the beginning stages of reviewing and evaluating the cases, and anticipates several filings in this proceeding, many of which may not have an amount in controversy that is congruent with the expense of serving the entire creditors matrices in this case, as there are over 2,000 creditors. If the Trustee is required to notice all parties of each document filed, the potential distributions to creditors will be significantly reduced.

7.      Limiting notice to the Service Parties will reduce service costs significantly for the Trustee and increase any amounts to be distributed to creditors. Service of pleadings to the current mailing matrices as required by the applicable Bankruptcy Rues and Local Rules, is unnecessary and unduly burdensome to the Estates.

## BASIS FOR RELIEF REQUESTED

8.      Throughout a chapter 7 bankruptcy case, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules routinely require the Trustee to

serve various motions, applications, pleadings, orders, and other papers on all creditors and parties in interest.

9.      Bankruptcy Rule 2002(m) provides: "[t]he court may from time to time enter orders designating the matters in respect to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules."

10.     Similarly, Bankruptcy Rule 9007 specifically grants the Court general authority to regulate notice:

> When notice is to be given under these rules, the court shall designate, if not otherwise specified herein, the time within which, the entities to whom, and the form and manner in which the notice shall be given. When feasible, the court may order any notices under these rules to be combined.

11.     Section 105(a) of the Bankruptcy Code authorized the Court to issue "any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

12.     There are over 2,000 creditors on the mailing matrices in this case, the vast majority of whom are listed as having a claim in the amount of $0.00. Given the number of creditors in these cases, the Trustee seeks a court order limiting notice of all future motions and papers that will be filed in these bankruptcy cases to the Service Parties.

13.     The Trustee anticipates filing various pleadings in the Debtors' cases in his duty as Trustee and will be required to expend substantial and disproportionate sums in copying costs, postage charges, and other handling expenses associates with mailing these future motions, applications, pleadings, order and other papers to over 2,000 creditors and parties in interest.

14.     Accordingly, the Trustee submits that cause exists and the Court should exercise its discretion to modify the applicable notice and service requirements as set forth in the Motion.

WHEREFORE, the Trustee respectfully requests that the Court enter an order (a) granting this Motion, (b) limiting notice of future motions, applications, pleadings, orders and other papers in the Debtors' cases to the Service Parties, and (c) for such other and further relief as this Court may deem just and proper.

Respectfully submitted, this 7th day of December, 2020.

**MORRIS, MANNING & MARTIN, LLP**

By: /s/ Lisa Wolgast _____
    Lisa Wolgast
    Georgia Bar No. 773399
    Talia B. Wagner
    Georgia Bar. No. 986221

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone:  (404) 233-7000
Facsimile:  (404) 365-9532

*Proposed Counsel for Chapter 7 Trustee*

6

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | Case No. 20-11240-WHD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION MAINTENANCE, LLC, | ) | |
| | ) | Case No. 20-11241-WHD |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will serve a notice to all counsel.

Dated:  December 7, 2020.


_____/s/ Lisa Wolgast_____
Lisa Wolgast
Georgia Bar No. 773399