UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| FALCON AVIATION ACADEMY, LLC, | ) | CASE NO. 20-11240-whd |
| Debtor. | ) | |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY**

To all creditors, indenture trustees and committees appointed or elected in this case pursuant to law:

In accordance with Rule 6007 of the Bankruptcy Rule, notice is hereby given of the proposed abandonment or other disposition of the following described property (state also the nature of the proposed disposition if other than by abandonment):

1. Finished goods, including goods held for resale - See attached FAA-Schedule A.B - Part 5.21 (See attached Exhibit A);
2. Office furniture - See attached FAA Schedule A/B Part 7.39 (See attached Exhibit B);
3. Office equipment, including all computer equipment and communication systems equipment and software - See attached FAA Schedule A/B Pat 7.41 - (See attached Exhibit C).

The schedules are not accurate, and Trustee and Auctioneer reviewed remaining assets and determined that there is no value for creditors and that secured creditor has a lien.

An objection may be filed and served by a party in interest within 14 days of the mailing of the notice.

DATED: <u>1/6/2021</u>

Respectfully submitted,

<u>/s/ Griffin E. Howell, III</u>
Griffin E. Howell, III
Chapter 7 Trustee

127 ½ E. Solomon Street
P.O. Box 2271
Griffin, GA  30224
Ph: (770) 227-4015
Fax: (770) 227-0112
newhow@bellsouth.net

FAA Schedule A/B Part 5f23

| Item | Quantity | Price | Ext Price |
|---|---|---|---|
| Flight Instructor Oral Exam Guide: | 3 | $12.95 | $38.85 |
| ACS Private Pilot | 7 | $5.61 | $39.27 |
| Private Pilot Oral Exam Guide: | 9 | $7.17 | $64.53 |
| Instrument ACS: | 9 | $5.51 | $49.59 |
| Instrument Oral Exam Guide | 8 | $7.17 | $57.36 |
| Commercial ACS | 9 | $5.51 | $49.59 |
| Commercial Oral Exam Guide: | 8 | $93.24 | $745.92 |
| AL GA: | 19 | $5.65 | $107.35 |
| NC SC | 4 | $5.65 | $22.60 |
| FL PR VI | 5 | $5.65 | $28.25 |
| KY TN | 10 | $5.65 | $56.50 |
| ATLANTA TAC Chart | 3 | 5.65 | $16.95 |
| Chart Supplement SE | 51 | $4.50 | $229.50 |
| Atlanta Sectional | 10 | $4.50 | $45.00 |
| New Orleans Sectional | 1 | $4.50 | $4.50 |
| Charlotte Sectional | 13 | $4.50 | $58.50 |
| Jacksonville Sectional | 10 | $4.50 | $45.00 |
| L/23 | 10 | $2.49 | $24.90 |
| L/17 | 25 | $2.49 | $62.25 |
| L/25 | 5 | $2.49 | $12.45 |
| DA20 POH | 48 | $17.00 | $816.00 |
| DA40 POH | 25 | $17.00 | $425.00 |
| DA42 POH | 51 | $17.00 | $867.00 |
| CESSNA 172 POH | 9 | $22.00 | $198.00 |
| FOGGLES | 2 | $16.87 | $33.74 |
| KNEE BOARD | 4 | $25.97 | $103.88 |
| E6B | 2 | $8.42 | $16.84 |
| Logbook | 2 | $9.77 | $19.54 |
| Airline Transport Practical Test Standard | 21 | 15.95 | $334.95 |
| Airline Transport Pilot | 3 | 15.95 | $47.85 |
| Multi-Engine Oral Exam Guide | 23 | 10.95 | $251.85 |
| DA20 Procedures Guide | 136 | 8 | $1,088.00 |
| Umbrellas | 27 | 27.68 | $747.36 |
| Hats | 54 | 9.89 | $534.06 |
| Waterbottles | 89 | 4.04 | $359.56 |
| Shirts | 102 | 15.25 | $1,555.50 |
| Dispatch Weather Book | 12 | 49.67 | $596.04 |
| ASA - FAR FC | 11 | 10.77 | $118.47 |

Total Inventory                                         $9,872.50
*Physical count completed 01/31/2020

Current Inventory Balance 03/24/2020                    $9,565.30

# EXHIBIT A

FAA SCHEDULE A/B PART 7.39

| ASSET | NBV 08/31/2020 | Current Value Of Debtor's Interest |
|---|---|---|
|  | $0.00 | $0.00 |
| American Express | $0.00 | $0.00 |
| American Express | $0.00 | $0.00 |
| Office chairs (Office Depot) | $0.00 | $0.00 |
| Office furniture (Office Depot) | $0.00 | $0.00 |
| Staples | $0.00 | $0.00 |
| Office Furniture. Com | $0.00 | $0.00 |
| RoomsToGo.com | $0.00 | $0.00 |
| Shool House Outfit | $0.00 | $0.00 |
| Ergo In Demand Inc. | $0.00 | $0.00 |
| Adirondck direct | $0.00 | $0.00 |
| Reception Desk (Staples) | $0.00 | $0.00 |
| Folding Chairs (Office Max) | $0.00 | $0.00 |
| Folding Chairs & Stools (Wal-Mart) | $0.00 | $0.00 |
| 10 Burgandy Banquet Chairs (StackChairs4less) | $0.00 | $0.00 |
| 2 - 42" Round Conference Tables (Atlanta Office Furn) | $0.00 | $0.00 |
| Shipping on Burgandy Banquet Chairs | $0.00 | $0.00 |
| 10 Leather Chairs for conf room (Wal-Mart) | $0.00 | $0.00 |
| Chairs for classroom | $0.00 | $0.00 |
| Chairs for classroom | $0.00 | $0.00 |
| Tables for classroom | $0.00 | $0.00 |
| 2 picnic tables (Home Depot) | $0.00 | $0.00 |
| 20 Chairs (Power Building Pro) | $720.80 | $720.80 |
| furniture purchase | $211.75 | $211.75 |
| apt furniture for Okay | $239.08 | $239.08 |
| Apt furniture | $398.90 | $398.90 |
| Apt 817 & 1225 | $498.07 | $498.07 |
| next 2 apts | $519.73 | $519.73 |
| tables & charis for classrooms | $1,050.52 | $1,050.52 |
| 20 new beds NUAA2 | $312.02 | $312.02 |
| NUAA2 AHN | $749.63 | $749.63 |
| new mattresses for 1st 3 apartments & 4 beds for next apt 721 | $365.08 | $365.08 |
| Apt 729 | $926.15 | $926.15 |
| next 3 apts for 18 students | $522.10 | $522.10 |
| 2 pats for 9 students | $733.27 | $733.27 |
| Storage building | $405.89 | $405.89 |
| next new apt | $721.49 | $721.49 |
|  | $7.96 | $7.96 |
| network switch, 65" TV for conference room | $3.74 | $3.74 |
| Riding Mower | $477.36 | $477.36 |
| China housing Apt 3001 | $154.09 | $154.09 |
| buy out of lease on security cameras & equipment | $120.14 | $120.14 |
| New printer main building | $1,119.17 | $1,119.17 |
|  | $38.30 | $38.30 |
| purchase golf cart for maintenance | $547.04 | $547.04 |
| Netgate, Network Equipment | $633.55 | $633.55 |
| Folding Chairs 4 Less, 22 tables and 48 chairs | $0.00 | $0.00 |
| Amazon.com, David's laptop | $2,047.49 | $2,047.49 |
| Talladega Machinery & Supply Company, Lot of office furniture | $0.00 | $0.00 |
| Amazon.com, mircrophone to go with projector | $206.11 | $206.11 |
| Amazon.com, projector | $408.09 | $408.09 |
| White, Paul (v), 2 x 24 port HP Network Switches | $286.14 | $286.14 |
| White, Paul (v), 48 port HP Network switch | $459.08 | $459.08 |
| Folding Chairs 4 Less, table and chairs | $203.59 | $203.59 |
| Casey, Dana, 7 office chairs @$75.00 | $208.45 | $208.45 |
| Sam's Club, TV For front of CCO | $718.40 | $718.40 |
| Mega Mattress Furniture, 9 mattresses | $373.95 | $373.95 |
| Equipment for PTC | $635.67 | $635.67 |
| Ray, Michael, cabinets | $424.95 | $424.95 |
| Mega Mattress Furniture | $1,276.03 | $1,276.03 |
| Mega Mattress Furniture, 20 mattress & box springs | $574.22 | $574.22 |
| Ray, Michael, Work station in dispatch | $974.13 | $974.13 |
| Mega Mattress Furniture, 12 beds for Athens | $0.00 | $0.00 |
| Parkerson, Deborah(v), mattress' for CCO | $1,066.30 | $1,066.30 |
| Ray, Michael, cabninets in dispatch, break room and cats testing room and counter top in break room | $255.91 | $255.91 |
| Ray, Michael | $302.04 | $302.04 |
| School Tools, 12 desk for athens apartments | $296.01 | $296.01 |
| Dispatch Manager Computer - Asset Tags 0579 & 0582 | $244.97 | $244.97 |
| Gleim Learning Computer Asset Tags 0574 & 0575 | $280.40 | $280.40 |
| Gleim Learning Computer Asset Tags 0564 & 0573 | $442.54 | $442.54 |
| Folding Chairs 4 Less | $355.44 | $355.44 |
| Folding Chairs 4 Less, tables and chairs for apartments | $259.06 | $259.06 |
| Netgate, Firewall/VPN appliance to support Gleim Test Prep software in Athens | $463.80 | $463.80 |
| Best Buy, washer and dryer apartments in Athens |  |  |

# EXHIBIT B

| Item | Amount | Amount |
|---|---|---|
| Folding Chairs 4 Less | $789.07 | $789.07 |
| Mega Mattress Furniture | $1,499.82 | $1,499.82 |
| Ray, Michael, Construct and install cabinets in dispatch | $285.63 | $285.63 |
| Amazon.com, Projector | $268.26 | $268.26 |
| Mega Mattress Furniture | $1,290.63 | $1,290.63 |
| Buy Sell Georgia Service Appliances, LLC, washer and dryer set | $0.00 | $0.00 |
| Folding Chairs 4 Less, 20 sets of table and chairs | $805.77 | $805.77 |
| Mega Mattress Furniture, 23 beds | $2,446.07 | $2,446.07 |
| Student Comm1/Gleim Learning Computer Tags 0595 & 0596 | $284.84 | $284.84 |
| Student Comm1/Gleim Learning Computer Tags 0592 & 0593 | $284.84 | $284.84 |
| Student Comm1/Gleim Learning Computer Tags 0594 & 0591 | $285.96 | $285.96 |
| Student Comm1/Gleim Learning Computer Tags 0598 & 0584 | $285.96 | $285.96 |
| Copier | $2,770.34 | $2,770.34 |
| Instant Promotion - Tent | $532.76 | $532.76 |
| Epson Projector Pro Wireless FFC - Asset Tag 0637 | $324.82 | $324.82 |
| Konica-Minolta C284e copier - Asset Tag 0638 | $2,879.98 | $2,879.98 |
| Mega Mattress Furniture - 12 beds | $1,451.77 | $1,451.77 |
| Mega Mattres Furniture - 12 beds | $1,786.22 | $1,786.22 |
| Mega Mattress Furniture - CFI Apartment 10 beds | $1,554.49 | $1,554.49 |
| Verizon Wireless - Galaxy S8 Black phone - Steven Parker | $398.96 | $398.96 |
| Mega Mattress Furniture - Beds | $1,806.76 | $1,806.76 |
| Mega Mattress Furniture - 4 bunkbeds 2 twins | $1,298.58 | $1,298.58 |
| Mega Mattress Furniture - 10 beds | $1,631.67 | $1,631.67 |
| 2 stackable laudry units, washer dryer | $569.49 | $569.49 |
| Mega Mattress Furniture - beds, bunkbeds | $1,642.83 | $1,642.83 |
| Gently used Furniture - 2 refrigerators | $646.02 | $646.02 |
| Display Racks | $497.57 | $497.57 |
| Mega Mattress Furniture = 8 bunkbeds, 16 mattress | $1,739.06 | $1,739.06 |
| Mega Mattress Furniture - 10 Twin Bunks, 20 mattress | $1,877.09 | $1,877.09 |
| Mega Mattress Furniture - beds | $764.58 | $764.58 |
| Mega Mattress Furniture | $779.01 | $779.01 |
| Mega Mattress Furniture - 10 beds CCO, 8 beds AHN | $3,204.55 | $3,204.55 |
| Gently Used Appliance - Washing Machine | $356.55 | $356.55 |
| Mega Mattress Furniture - beds | $2,237.37 | $2,237.37 |
| 3 Zoll AED Plus | $2,358.75 | $2,358.75 |
| 30 desk for Athens | $2,999.29 | $2,999.29 |
| Mega Mattress - beds | $2,249.45 | $2,249.45 |
| Mega Mattress - beds | $2,315.68 | $2,315.68 |
| Mega Mattress - beds | $1,188.31 | $1,188.31 |
| Mega Mattress - beds | $866.70 | $866.70 |
| Mega Mattress - beds | $2,387.63 | $2,387.63 |
| 4 high efficiency top load washer and dryer | $2,879.36 | $2,879.36 |
| Mega Mattress - beds | $1,418.11 | $1,418.11 |
| Office Furniture | $2,536.67 | $2,536.67 |
| Mega Mattress - beds | $1,855.84 | $1,855.84 |
| TV for CFI lounge | $273.97 | $273.97 |
| Couches for CFI lounge | $993.56 | $993.56 |
| Fridge for CFI lounge | $362.63 | $362.63 |
| Blinds for CFI lounge | $1,081.93 | $1,081.93 |
| Furniture | $435.64 | $435.64 |
| Alpha Card - ID badge machine | $1,859.52 | $1,859.52 |
| Tables for FFC | $258.03 | $258.03 |
| Tables for FFC | $523.32 | $523.32 |
| Chairs for FFC | $1,981.54 | $1,981.54 |
| Amazon furninture | $1,155.72 | $1,155.72 |
| | $95,503.62 | $95,503.62 |

**FAA SCHEDULE A/B PART 7.41**

| ASSET | NBV 08/31/2020 | Current Value Of Debtor's Interest |
|---|---|---|
| 3 Dell Maintenance Computers | $0.00 | $0.00 |
| Dell computer | $0.00 | $0.00 |
| Dell computer | $0.00 | $0.00 |
| Dell computer monitor | $0.00 | $0.00 |
| Best Buy - Ken Lizotte laptop | $0.00 | $0.00 |
| Dell - order # 11077974 | $0.00 | $0.00 |
| briefing area | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
| Mac Book Pro for marketing | $0.00 | $0.00 |
| 5 computers & software | $0.00 | $0.00 |
| 2 projectors & computer monitor | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
| monitor & laptop for Clint E | $0.00 | $0.00 |
| Reimbursement | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
|  | $0.00 | $0.00 |
| computer for David | $0.00 | $0.00 |
| New server | $0.00 | $0.00 |
| New computer for new office staff | $0.00 | $0.00 |
| New marketing laptop | $0.00 | $0.00 |
| ASUS K501UX laptop | $0.00 | $0.00 |
| Dispatch Manager Computer - Asset Tag 0602 | $0.00 | $0.00 |
| Desktop computer for IT services | $0.00 | $0.00 |
| Amazon.com, David's laptop | $0.00 | $0.00 |
| Mike Hartman computer Asset Tags 0606 & 0609 | $27.05 | $27.05 |
| CCO Front Desk2 Computer - Asset Tags 0607 & 0610 | $23.72 | $23.72 |
| Marketing Laptop w/monitor Asset Tags 0618, 0627, 0628 | $86.07 | $86.07 |
| Ricky Colon desktop w/monitor Asset Tags 0612, 0623 | $55.61 | $55.61 |
| Jessica Blackmon desktop w/monitor Asset Tags 0611, 0619 | $55.61 | $55.61 |
| FFC Dispatch desktop w/monitor Asset Tags 0615, 0626 | $55.61 | $55.61 |
| Brother Image Center ADS-3000N High Speed Scanner Asset Tag 0625 | $45.89 | $45.89 |
| Amazon.com Scanner | $45.89 | $45.89 |
| Michele Peacock computer Asset Tag 0636 | $56.62 | $56.62 |
| Forrest Greve desktop Asset Tag 0641 | $82.62 | $82.62 |
| Clint Hughey desktop Asset Tag 0640 | $82.62 | $82.62 |
| Dell R620 Server - Asset Tag 0639 | $663.86 | $663.86 |
| AHN Front Classroom - Asset Tag 0641 | $121.08 | $121.08 |
| AHN Front Classroom - Asset Tag 0646 | $121.08 | $121.08 |
| AHN Student Gleim. Weather Asset 0657, 0648, 0647 | $77.00 | $77.00 |
| AHN Student Gleim. Weather Asset 0656, 6050, 0649 | $77.00 | $77.00 |
| AHN Student Gleim. Weather Asset 0655, 0652, 0651 | $77.00 | $77.00 |
| AHN Student Gleim. Weather Asset 0645, 0658, 0653 | $77.00 | $77.00 |
| Kristie List Laptop - Asset Tags 0664 - Full-HD Gaming Laptop | $170.49 | $170.49 |
| CCO Student, Gleim, Weather - Asset 0673, 0677 | $76.53 | $76.53 |
| CCO Student, Gleim, Weather - Asset 0660, 0662 | $75.08 | $75.08 |
| CCO Student, Gleim Weather - Asset Tag 0669, 0674 | $75.08 | $75.08 |

# EXHIBIT C

| Item | | |
|---|---|---|
| CCO Student, Gleim Weather - Asset Tag 0670, 0675 | $75.08 | $75.08 |
| CCO Student, Gleim Weather - Asset Tags 0671, 0676 | $75.08 | $75.08 |
| CCO Student, Gleim Weather - Asset Tags 0672, 0677 | $84.25 | $84.25 |
| Denise Desktop - Asset Tag 0666 | $115.35 | $115.35 |
| FFC CR1 Desktop - Asset Tag 0667 | $90.03 | $90.03 |
| CCO CR4 Desktop - Asset Tag 0668 | $98.83 | $98.83 |
| CCO Student - Asset Tag 0696, 0689 | $161.02 | $161.02 |
| CCO Student, Gleim, Weather Asset Tag 0695, 0691, 0692 | $119.56 | $119.56 |
| CCO Student, Gleim, Weather Asset Tag 0694, 0688, 0690 | $119.56 | $119.56 |
| CCO Student, Gleim, Weather Asset Tag 0693, 0686, 0687 | $119.56 | $119.56 |
| CCO Student, Gleim, Weather Asset Tag 0683, 0684, 0685 | $275.16 | $275.16 |
| CCO Camera Server Upgrade - Asset Tag 0274 | $200.94 | $200.94 |
| Dorm 24-port switch asset tag 0682 | $104.24 | $104.24 |
| Dorm 24-port switch asset tag 0699 | $104.24 | $104.24 |
| Dorm IT UPS - asset tag 0700 | $108.97 | $108.97 |
| Air Conditioner @ Dorm IT Room - Asset Tag 0701 | $226.78 | $226.78 |
| Dorm Server Rack Cabinet - Asset Tag 0702 | $140.15 | $140.15 |
| CCO Camera Server Asset Tag 0680 | $523.32 | $523.32 |
| Tiffany Laptop - Asset Tags 0705 | $290.60 | $290.60 |
| Jennifer Reid Laptop - Asset Tags 0716, 0715 | $410.94 | $410.94 |
| Will Vickers LapTop - Asset Tags 0717, 0714 | $410.94 | $410.94 |
| Kat Guarnieri laptop - Asset Tags 0708, 0713 | $388.52 | $388.52 |
| Pilot Breakroom - Asset Tag 0707, 0709, 0710 | $161.84 | $161.84 |
| Airline Manager Computer - Asset Tags 0724, 0727, 0728 | $183.04 | $183.04 |
| Airline Manager Computer - Asset Tags 0723, 0726 | $152.62 | $152.62 |
| Airline Manager Computer - Asset Tags 0722, 0725 | $148.48 | $148.48 |
| Airline Manager Computer - Asset Tags 0721, 0720 | $240.42 | $240.42 |
| Tom Rogers - Asset Tags 0733-0741 | $414.86 | $414.86 |
| Hanna Day - Asset Tags 0729, 0736, 0739 | $529.45 | $529.45 |
| Scott Callahan - Asset Tags 0732, 0740 | $408.97 | $408.97 |
| Classroom Projector - Asset Tag 0738 | $212.90 | $212.90 |
| CCO Security Camera | $178.31 | $178.31 |
| Laptop - Michele Peacock | $636.84 | $636.84 |
| Laptop - Jessica Blackmon - Asset tags 0751, 0752 | $509.69 | $509.69 |
| Laptop - Paul White - Asset tags 0749, 0750 | $531.72 | $531.72 |
| Phone System | $8,024.88 | $8,024.88 |
| ASSET Tag 0753 - Peachtree City 48-port Switch | $408.40 | $408.40 |
| Asset Tag 0754 - PTC Network/Phone Battery Backup | $230.39 | $230.39 |
| Asset Tag 0201 - Dell R320 Server Upgrades | $463.13 | $463.13 |
| Asset Tag 0762, 0763, 0764 - Gabe Grasz editing desktop | $361.28 | $361.28 |
| Asset Tag 0765 - Zach Kirk Laptop | $132.96 | $132.96 |
| Asset Tag 0766 - Standardization Computer | $68.50 | $68.50 |
| Asset Tag 0784 - Pam's laptop | $179.40 | $179.40 |
| Asset Tag 0785 - Mitel MiVoice Business Server | $157.19 | $157.19 |
| Asset Tag 0812, 0814, 0815 - Security Camera System for Athens | $313.93 | $313.93 |
| Asset Tags 0807, 0816, 0817, 0818 - Dispatch Reports MiniComputer | $242.72 | $242.72 |
| Asset Tags 0819, 0820, 0822 - Laptop computer | $542.97 | $542.97 |
| Asset Tag 0823 - Mitel MiVoice Business Backup Server | $274.65 | $274.65 |
| Asset Tag 0824 - SIM Projector | $251.15 | $251.15 |
| Asset Tags 0828, 0829, 0830 - Scheduling desktop | $402.02 | $402.02 |
| Asset Tag 0826 - FFC Classroom Projector | $245.93 | $245.93 |

| | | |
|---|---|---|
| Asset Tag 0838 - FFC Classroom Projector | $253.23 | $253.23 |
| Asset Tag 0839 - FFC Brother Copier | $252.04 | $252.04 |
| Brother MFC-L8900CDW all in one printer | $416.16 | $416.16 |
| 2 wireless access points | $782.84 | $782.84 |
| | **$24,784.51** | **$24,784.51** |