**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | Case No. 20-11240-PWB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION MAINTENANCE, LLC, | ) | Case No. 20-11241-PWB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION OF BULLSEYE AUCTION & APPRAISAL, LLC AS AUCTIONEER TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED, DEADLINE TO OBJECT AND OF HEARING**

**PLEASE TAKE NOTICE** that, on July 1, 2021, Bullseye Auction & Appraisal, LLC filed its First and Final Application for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred (the Application"), seeking commission in the amount of $1,922.60 and reimbursement of expenses in the amount of $850.00.

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days. **If you object to the relief requested in the Application, you must file your objection with the Bankruptcy Clerk** at: U.S. Bankruptcy Court, 18 Greenville Street, Newnan, Georgia 30263, and serve a copy on the undersigned at the address stated below by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Court within the required time.

A hearing on the Motion has been scheduled for August 18, 2021 at 10:10 a.m. in the 2nd Floor Courtroom, Lewis R. Morgan Federal Building, 18 Greenville Street, Newnan, Georgia 30263. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

1

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Given the current public health crisis, hearing may be telephonic only. Please check the "Important Information Regarding court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Dated: July 1, 2021.

                                                      **MORRIS, MANNING & MARTIN, LLP**

                                                      By:    */s/ Lisa Wolgast*
                                                      Lisa Wolgast, Ga. Bar No. 773399
                                                      Talia B. Wagner, Ga. Bar No. 986221
                                                      Morris, Manning & Martin, LLP
                                                      3343 Peachtree Road, N.E.
                                                      Suite 1600
                                                      Atlanta, Georgia 30326
                                                      (404) 233-7000
                                                      *Special Counsel to the chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | Case No. 20-11240-PWB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION MAINTENANCE, LLC, | ) | |
| | ) | Case No. 20-11241-PWB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**FIRST AND FINAL APPLICATION OF BULLSEYE AUCTION & APPRAISAL, LLC
AS AUCTIONEER TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

Bullseye Auction & Appraisal, LLC ("Applicant"), auctioneer for Griffin E. Howell, III ("Trustee"), as chapter 7 trustee for the estates of Debtors Falcon Aviation Academy, LLC and Falcon Aviation Maintenance, LLC (collectively, "Debtors") in the above-captioned, jointly administered proceedings (the "Chapter 7 Case") pursuant to section 330 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for allowance and payment of its actual and necessary expenses incurred as auctioneer to the Trustee. In support of its Application, Applicant respectfully represents as follows:

**JURISDICTION**

1.      This Court has jurisdiction to consider the Application pursuant to 29 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3

## BACKGROUND

2.     On September 3, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code, initiating this case.

3.     On December 10, 2020, the Trustee filed an Application to Employ Auctioneer. (Doc. No. 20.)

4.     On December 11, 2020, the Court entered its Order Approving the Application to Employ Applicant as Auctioneer. (Doc. No. 22.)

5.     On February 16, 2021, Applicant conducted an auction to sell certain property of Debtors' estate and obtained gross proceeds of $19,226.00.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

6.     Applicant submits this Application pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rule 2016 for the allowance of reasonable compensation for actual and necessary out-of-pocket expenses incurred in acting as auctioneer for the Trustee.

7.     Applicant seeks allowance and payment of commission in the amount of $1,922.60 and reimbursement of expenses in the amount of $850.00.

8.     The Court approved of a 10% commission and reimbursement of reasonable expenses in order approving the employment of Applicant.

9.     Applicant has prepared an invoice reflecting the amounts owed, which is attached hereto as **Exhibit A**.

10.    Accordingly, pursuant to this Application, Applicant respectfully requests that the Court enter an order awarding and allowing Applicant, and authorizing and directing the Trustee to pay Applicant all amounts in connection with commission in the amount of $1,922.60 and expenses in the amount of $850.00.

## STATUTORY BASIS FOR COMPENSATION

11. Section 330 of the Bankruptcy Code provides the statutory basis for compensation of professionals in bankruptcy cases. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered…and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

12. Applicant respectfully represents to the Court that the commission and expenses requested to be paid are allowable and reasonable pursuant to Section 330 of the Bankruptcy Code. Furthermore, Applicant submits that the services rendered to the Trustee were necessary and beneficial to the Trustee, the Debtors' estates, and other parties in interest and the compensation herein requested is reasonable in light of the nature, extent and value of such services.

13. Notice of this Application has been provided pursuant to the Order Granting Trustee's Motion to Limit Notice and Modify Service Procedures. (Doc. No. 42.) Applicant submits no further notice is necessary.

## CONCLUSION

WHEREFORE, Applicant respectfully requests that the Court grant the Application and enter an Order (i) awarding and allowing Applicant and authorizing and directing the Trustee to pay Applicant fees and expenses in the amount of $2,772.60; and (ii) granting such other relief as is just and proper.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 1st day of July, 2021.

By:   /s/ Lisa Wolgast
Lisa Wolgast, Georgia Bar No. 773399
Talia B. Wagner, Georgia Bar No. 986221
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000

*Special Counsel for Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION ACADEMY, LLC, | ) | Case No. 20-11240-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FALCON AVIATION MAINTENANCE, LLC, | ) | |
| | ) | Case No. 20-11241-PWB |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will serve a notice to all counsel and that I served a true and correct copy via United States Mail with sufficient postage to ensure delivery to the following:

Falcon Aviation Academy, LLC
Falcon Aviation Maintenance, LLC
95 E. Aviation Way
Newnan, Georgia 30263

John D. Goetz
Alaura R.M. Perdzock
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514

Matthew W. Levin
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, Georgia 30327

AAA Automatic Transmission
c/o James Phillips
24 Fair Street
Newnan, Georgia 30263

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

[SIGNATURE ON FOLLOWING PAGE]

Dated: July 1, 2021

                                  **MORRIS, MANNING & MARTIN, LLP**

                                  By:  /s/ Lisa Wolgast
                                  Lisa Wolgast, Georgia Bar No. 773399
                                  Talia B. Wagner, Georgia Bar No. 986221
                                  1600 Atlanta Financial Center
                                  3343 Peachtree Road, N.E.
                                  Atlanta, Georgia 30326
                                  Telephone:  (404) 233-7000
                                  Facsimile:  (404) 365-9532

                                  *Special Counsel for Chapter 7 Trustee*