## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FALCON AVIATION ACADEMY, LLC | § | Case No. 20-11240-PMB |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GRIFFIN E. HOWELL, III, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
18 Greenville St.
Newnan, GA 30264

A hearing on the fee applications and any objection to the Final Report will be held at 10:10 AM on 01/12/2022 in Courtroom Second Floor Courtroom,
Morgan Federal Building
18 Greenville Street
Newnan, GA 30263

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice.  If you object to the relief requested in this proceeding, you must timely file your objection with the Bankruptcy Clerk at Clerk, United States Bankruptcy Court, 18 Greenville Street, Newnan, Georgia, 30263, and serve a copy on the Chapter 7 Trustee, Griffin E. Howell, III, P.O. Box 2271, Griffin, Georgia, 30224, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court,

www.ganb.uscourts.gov for more information.

Date Mailed: 12/01/2021      By: /s/ Griffin E. Howell, III
                                                                                                                        Chapter 7 Trustee

*GRIFFIN E. HOWELL, III*
*CHAPTER 7 TRUSTEE*
*P.O. BOX 2271*
*GRIFFIN, GA   30224*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

In Re: §
§
§
FALCON AVIATION ACADEMY, LLC § Case No. 20-11240-PMB
§
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 19,226.00 |
| and approved disbursements of | $ | 2,870.32 |
| leaving a balance on hand of[1] | $ | 16,355.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GRIFFIN E. HOWELL, III | $ 2,672.60 | $ 0.00 | $ 689.69 |
| Trustee Expenses: GRIFFIN E. HOWELL, III | $ 981.69 | $ 0.00 | $ 253.33 |
| Attorney for Trustee Fees: MORRIS MANNING & MARTIN LLP | $ 23,545.50 | $ 0.00 | $ 6,076.15 |
| Accountant for Trustee Fees: HAYES FINANCIAL CONSULTING, LLC | $ 34,740.00 | $ 0.00 | $ 8,965.00 |
| Auctioneer Fees: BULLSEYE AUCTION & APPRAISAL | $ 1,922.60 | $ 1,922.60 | $ 0.00 |
| Other: BULLSEYE AUCTION & APPRAISAL | $ 850.00 | $ 850.00 | $ 0.00 |
| Other: HAYES FINANCIAL CONSULTING, LLC | $ 8.80 | $ 0.00 | $ 2.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: MORRIS, MANNING & MARTIN, LLP | $ 1,430.78 | $ 0.00 | $ 369.23 |
| Total to be paid for chapter 7 administrative expenses | | | $ 16,355.68 |
| Remaining Balance | | | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,823.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | RODNEY SAUNDERS | $ 1,800.04 | $ 0.00 | $ 0.00 |
| 1 | Coweta County Tax Commissioner | $ 49,815.30 | $ 0.00 | $ 0.00 |
| 12 | GEORGIA DEPARTMENT OF REVENUE | $ 207.80 | $ 0.00 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,957,220.13 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | MICHAEL NELMS | $ 2,978.72 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ROBERT MICHAEL WILLIAMS II | $ 4,389.90 | $ 0.00 | $ 0.00 |
| 4 | ENTITY BUSINESS SERVICES | $ 2,730.00 | $ 0.00 | $ 0.00 |
| 5 | ERIC MILLER | $ 660.39 | $ 0.00 | $ 0.00 |
| 6 | JOHNATHON T. UPCHURCH | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | AIRCRAFT SPECIALTIES SERVICES INC | $ 11,735.15 | $ 0.00 | $ 0.00 |
| 9 | MADDOX GROUP INC. | $ 5,481.31 | $ 0.00 | $ 0.00 |
| 10 | BRANDON BERNARD | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 11 | CREW OUTFITTERS | $ 3,251.36 | $ 0.00 | $ 0.00 |
| 13 | INFINITE ENERGY | $ 3,480.23 | $ 0.00 | $ 0.00 |
| 14 | ALEXANDER HELLER | $ 1,620.99 | $ 0.00 | $ 0.00 |
| 15 | TALON SYSTEMS, LLC | $ 21,569.69 | $ 0.00 | $ 0.00 |
| 16 | ROBERT T. DALTON | $ 14.26 | $ 0.00 | $ 0.00 |
| 17 | BENYAMIN ANSARI | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | AAA AUTOMATIC TRANSMISSION | $ 497.48 | $ 0.00 | $ 0.00 |
| 19 | WING AERO PRODUCTS | $ 3,213.68 | $ 0.00 | $ 0.00 |
| 20 | PATRICK REDAHAN | $ 322.20 | $ 0.00 | $ 0.00 |
| 21 | KWABENA AMOFAH | $ 1,920.00 | $ 0.00 | $ 0.00 |
| 22 | JOHNNY"S AIR SERVICE | $ 12,385.09 | $ 0.00 | $ 0.00 |
| 23 | CHINA EASTERN AIRLINES CO., LTD. | $ 1,267,934.00 | $ 0.00 | $ 0.00 |
| 24 | MID-CONTINENT INSTRUMENTS AND AVIONICS | $ 5,399.00 | $ 0.00 | $ 0.00 |
| 25 | FIRSTRUST BANK | $ 3,604,636.68 | $ 0.00 | $ 0.00 |

| | Total to be paid to timely general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $20.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | GEORGIA DEPARTMENT OF REVENUE | $ 20.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ Griffin E. Howell, III
Chapter 7 Trustee

*GRIFFIN E. HOWELL, III*
*CHAPTER 7 TRUSTEE*
*P.O. BOX 2271*
*GRIFFIN, GA   30224*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.